```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  9/22/22
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **JOSE QUEZADA,** | |
|                 **Plaintiff,** | 22-cv-5093 (ALC) |
|   -against- | **ORDER OF DISCONTINUANCE** |
| **CLEAN REPUBLIC SODO LLC,** | |
|                 **Defendant.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

      It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:   September 22, 2022
            New York, New York

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**